No. 1356. GRAY v. JOHNSON ET AL. C. A. 10th Cir. Certiorari denied. *Frank T. McCoy* for petitioner. *Solicitor General Griswold, Assistant Attorney General Martz,* and *A. Donald Mileur* for respondents Johnson et al.

No. 1357. PILKINTON v. PILKINTON. C. A. 8th Cir. Certiorari denied.

No. 1360. AMERICAN CYANAMID CO. v. NOPCO CHEMICAL CO. C. A. 4th Cir. Certiorari denied. *W. Brown Morton, Jr.,* and *John T. Roberts* for petitioner. *Jerome G. Lee, George B. Finnegan, Jr., John D. Foley,* and *Otto G. Obermaier* for respondent.

No. 1362. CANADA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1367. PRESTON PRODUCTS CO., INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *John W. Cummiskey* and *Stephen C. Bransdorfer* for petitioner. *Solicitor General Griswold* for respondent National Labor Relations Board.

No. 1368. BELVINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Billy L. Evans* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1370. CAVE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Verne Lawyer* for petitioner. *Solicitor General Griswold* for the United States.